# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Rebecca Jean Zimmerman  
                Debtor(s)

BK NO. 22-00113 MJC

Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                Respectfully submitted,

                /s/ Rebecca Solarz  
                Rebecca Solarz  
                31 Jan 2022, 14:10:58, EST

                KML Law Group, P.C.  
                BNY Mellon Independence Center  
                701 Market Street, Suite 5000  
                Philadelphia, PA  19106  
                215-627-1322