## In the Court of Common Pleas of NORTHUMBERLAND County, Pennsylvania
### DOMESTIC RELATIONS SECTION
PO BOX 369, 320 N SECOND ST 2ND FLOOR, SUNBURY, PA. 17801

Phone: (570) 988-4593     FEBRUARY 1, 2022     Fax: (570) 988-4144



JOHN PIAZZA III
PIAZZA & ASSOCIATES
1114 GROVE STREET
WILLIAMSPORT, PA 17701

FILED '22 FEB 7 PM3:49
CLERK, US COURT, PAM

Plaintiff Name:     JEREMY W. ZIMMERMAN
Defendant Name:  REBECCA J. ZIMMERMAN
Docket Number:    15964- 2021  /15901-2021
PACSES Case Number: 256301242  /0773011 35
Other State ID Number:

Please note: All correspondence must include the PACSES Case Number.

### Case Status

Dear JOHN PIAZZA III

In an effort to keep you informed concerning the progress of the above case the following information is provided:

This comes in response to notice of Chapter 7 Bankruptcy case number 4:22-bk-00113-MJC. The defendant, Rebecca J. Zimmerman, has two support cases and owes arrears which cannot be discharged by filing for bankruptcy. These obligations are 'non dischargeable debts'. Please contact the defendant, Rebecca J. Zimmerman, for details and amounts due if needed. Thank you.

cc: deft.
. bankruptcy clerk's office

Sincerely,
NATALIE ZEIGLER

Service Type M

Form EN-545 09/17
Worker ID 49404

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Rebecca Jean Zimmerman<br>First Name  Middle Name  Last Name | Social Security number or ITIN<br>EIN: | –4912 |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: | 7  1/25/22 |
| Case number: | 4:22–bk–00113–MJC | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline    10/01/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Rebecca Jean Zimmerman | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 525 West Mahoning Street<br>Danville, PA 17821 | |
| 4. | Debtor's attorney<br>Name and address | John Piazza III<br>Piazza & Associates<br>1114 Grove Street<br>Williamsport, PA 17701 | Contact phone 570 321–1818<br>Email: Johnpiazza@piazza-law.com |
| 5. | Bankruptcy trustee<br>Name and address | Lawrence G. Frank (Trustee)<br>100 Aspen Drive<br>Dillsburg, PA 17019 | Contact phone 717 234–7455<br>Email: lawrencegfrank@gmail.com |

Official Form 309A (For Individuals or Joint Debtors) Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline    For more information, see page 2 >    page 1

RECEIVED

JAN 31 2022

Northumberland County
Domestic Relations

# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA

The U.S. Trustee Program has extended the requirement that section 341 meetings be conducted by telephone or video appearance to all cases filed during the period of the President's "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak" issued March 13, 2020, and ending on the date that is 60 days after such declaration terminates. However, the U.S. Trustee may approve a request by a trustee in a particular case to continue the section 341 meeting to an in-person meeting in a manner that complies with local public health guidance, if the U.S. Trustee determines that an in-person examination of the debtor is required to ensure the completeness of the meeting or the protection of estate property. This policy may be revised at the discretion of the Director of the United States Trustee Program.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up-to-date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call-In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call-in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch-tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call-In Number | Passcode |
|---|---|---|
| Steven Carr | 1-888-282-8246 | 8589279 |
| Lawrence Frank | 1-866-724-5066 | 1380190 |
| Kara Gendron | 1-877-715-0840 | 9994937 |
| Leon Haller | 1-866-507-4642 | 2179536 |
| John Martin | 1-866-809-8952 | 7685517 |
| Lisa Rynard | 1-877-810-1022 | 5894927 |
| Jill Spott | 1-888-802-9680 | 2175082 |
| Lawrence Young | 1-866-453-7506 | 2896054 |

tele341(01/22)