Certificate Number: 05781-PAM-DE-036338683

Bankruptcy Case Number: 22-00113


05781-PAM-DE-036338683

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on February 18, 2022, at 1:34 o'clock AM PST, Rebecca Zimmerman completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 18, 2022   By: /s/Allison M Geving

Name: Allison M Geving

Title: President