# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Rebecca Jean Zimmerman,  :
         Petitioner  :  Chapter 7
           :  Case No. : 4:22-bk-00113-MJC

## MOTION TO CONVERT TO CHAPTER 13

Petitioner, Rebecca Jean Zimmerman, at the request of the U.S. Trustee's attorney, moves the Court to convert her Chapter 7 Petition to a Chapter 13 Petition.

Date : March 4, 2022                        /s/ John Piazza, III
                                                                     John Piazza, III, Esquire
                                                                     Attorney for Petitioner
                                                                     1114 Grove Street
                                                                     Williamsport, PA  17701
                                                                     570-321-1818 phone
                                                                     866-367-0185 fax