United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00113-MJC |
| Rebecca Jean Zimmerman | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 04, 2022 | Form ID: ntsempas | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca Jean Zimmerman, 525 West Mahoning Street, Danville, PA 17821-1879 |
| 5456641 | + | Fidelity Investments, 245 Summer Street, Boston, MA 02210-1129 |
| 5456642 | + | First Columbia Bank & Trust, 710 Walnut Street, Danville, PA 17821-9154 |
| 5456645 | + | Jeremy Zimmerman, 268 Avenue E, Danville, PA 17821-3024 |
| 5456646 | + | Northumberland County Domestic Rela, 320 N Second Street, Sunbury, PA 17801-1804 |
| 5456650 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 04 2022 18:42:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5456639 | + | Email/Text: backoffice@affirm.com | Mar 04 2022 18:35:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 5456643 | + | Email/Text: cashiering-administrationservices@flagstar.com | Mar 04 2022 18:35:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5456644 | + | Email/Text: bankruptcy@fult.com | Mar 04 2022 18:35:00 | Fulton Bank N.a, Po Box 4887, Lancaster, PA 17604-4887 |
| 5456640 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 04 2022 18:42:49 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5456647 | + | Email/Text: collections@service1.org | Mar 04 2022 18:35:00 | Service 1st Federl Cr, 1985 Montour Blvd., Po Box 159, Danville, PA 17821-0159 |
| 5457087 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2022 18:42:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5456648 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2022 18:43:06 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5456649 | + | Email/Text: bknotices@totalcardinc.com | Mar 04 2022 18:35:00 | Total Visa/tbom/vt, Po Box 85710, Sioux Falls, SD 57118-5710 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2022        Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John Piazza, III | on behalf of Debtor 1 Rebecca Jean Zimmerman Johnpiazza@piazza-law.com piazzakt@gmail.com |
| Lawrence G. Frank (Trustee) | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

Rebecca Jean Zimmerman

**Debtor 1**

**Debtor(s)**

Chapter: 7

Case number: 4:22−bk−00113−MJC

Document Number: 17

Matter: Motion to Convert to Chapter 13

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on January 25, 2022.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court** **The hearing will be conducted remotely, see the Remote Appearance Guide, on the web site www.pamb.uscourts.gov** | **Date: 3/31/22** **Time: 10:00 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **March 18, 2022**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** 197 S Main St, Wilkes−Barre, PA 18701 OR 228 Walnut St,Rm320,Harrisburg, PA 17101 570−831−2500/717−901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 4, 2022 |

ntsempas(05/18)