IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Rebecca Jean Zimmerman,          :
        Petitioner          :          **Chapter 7**
                  :          **Case No. : 4:22-bk-00113-MJC**

ORDER

Upon consideration of Debtor's Motion, the case will now convert to a Chapter 13.