In re:                                                                                                                              Case No. 22-00113-MJC

Rebecca Jean Zimmerman                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                                       User: AutoDocke                                             Page 1 of 2

Date Rcvd: Jun 09, 2022                              Form ID: ntcnfhrg                                          Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca Jean Zimmerman, 525 West Mahoning Street, Danville, PA 17821-1879 |
| 5456641 | + | Fidelity Investments, 245 Summer Street, Boston, MA 02210-1129 |
| 5456642 | + | First Columbia Bank & Trust, 710 Walnut Street, Danville, PA 17821-9154 |
| 5456645 | + | Jeremy Zimmerman, 268 Avenue E, Danville, PA 17821-3024 |
| 5456646 | + | Northumberland County Domestic Rela, 320 N Second Street, Sunbury, PA 17801-1804 |
| 5468817 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh, NC 27605-1000 |
| 5456650 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 09 2022 18:50:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5456639 | + | Email/Text: backoffice@affirm.com | Jun 09 2022 18:48:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 5456643 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jun 09 2022 18:48:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5456644 | + | Email/Text: bankruptcy@fult.com | Jun 09 2022 18:48:00 | Fulton Bank N.a, Po Box 4887, Lancaster, PA 17604-4887 |
| 5456640 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 09 2022 18:50:43 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5474145 | + | Email/Text: RASEBN@raslg.com | Jun 09 2022 18:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5476270 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Jun 09 2022 18:48:00 | LAKEVIEW LOAN SERVICING, LLC, c/o Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5456647 | + | Email/Text: collections@service1.org | Jun 09 2022 18:48:00 | Service 1st Federl Cr, 1985 Montour Blvd., Po Box 159, Danville, PA 17821-0159 |
| 5457087 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2022 18:51:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5456648 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2022 18:50:43 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5468603 | + | Email/Text: bknotices@totalcardinc.com | Jun 09 2022 18:48:00 | THE BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 5456649 | + | Email/Text: bknotices@totalcardinc.com | Jun 09 2022 18:48:00 | Total Visa/tbom/vt, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 5475927 | | Email/PDF: ebn_ais@aisinfo.com | Jun 09 2022 18:50:55 | Verizon, by American InfoSource as agent, PO |

Box 4457, Houston, TX 77210-4457

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Piazza, III | on behalf of Debtor 1 Rebecca Jean Zimmerman Johnpiazza@piazza-law.com piazzakt@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rebecca Jean Zimmerman,
**Debtor 1**

Chapter 13

Case No. 4:22−bk−00113−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 21, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court The hearing will be conducted remotely, see the Remote Appearance Guide, on the web site www.pamb.uscourts.gov | Date: July 28, 2022 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** 197 S Main St, Wilkes−Barre, PA 18701 OR 228 Walnut St,Rm320,Harrisburg, PA 17101 570−831−2500/717−901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 9, 2022 |

ntcnfhrg (08/21)