United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                          Case No. 22-00113-MJC

Rebecca Jean Zimmerman                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                          User: AutoDocke                                Page 1 of 1

Date Rcvd: Aug 25, 2022                      Form ID: ortext                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

**Recip ID            Recipient Name and Address**
db                +   Rebecca Jean Zimmerman, 525 West Mahoning Street, Danville, PA 17821-1879

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Piazza, III | on behalf of Debtor 1 Rebecca Jean Zimmerman Johnpiazza@piazza-law.com  piazzakt@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rebecca Jean Zimmerman                    Chapter: 13

**Debtor 1**                              Case number: 4:22−bk−00113−MJC

# ORDER

Order Continuing confirmation hearing held on August 25, 2022 at 10:00 a.m. on the Debtor's First Amended Plan.
IT IS SO ORDERED on 8/25/2022. /s/Mark J. Conway (RE: related document(s)[31], 35, [41], [44]). Hearing
scheduled for 9/22/2022 at 10:00 AM at The hearing will be held remotely − Williamsport case. The information
regarding our Zoom video system can be found on our webpage http://www.pamb.uscourts.gov, under the section
Remote Appearance Guide. (Ratchford, Patricia)

Order Text Entries (Form ortext) (2/19)