United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                   Case No. 22-00113-MJC
Rebecca Jean Zimmerman                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                          User: AutoDocke                         Page 1 of 1
Date Rcvd: Nov 01, 2022                   Form ID: ortext                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca Jean Zimmerman, 525 West Mahoning Street, Danville, PA 17821-1879 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2022                         Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rebecca Jean Zimmerman　　　　　　　　　　Chapter: 13

**Debtor 1**　　　　　　　　　　　　　　　　Case number: 4:22−bk−00113−MJC

## ORDER

Order Continuing hearing originally held on November 1, 2022 at 10:00 a.m. on the Trustee's Motion to Dismiss Case for Material Default. Hearing called and continued. Appearances: Agatha R. McHale, Esq. (by remote appearance). IT IS SO ORDERED on 11/1/2022. /s/Mark J. Conway (RE: related document(s)52, [53]). Continued Hearing scheduled for 11/29/2022 at 09:30 AM at US Courthouse/Max Rosenn, 197 South Main Street, Courtroom 2, Wilkes−Barre, PA 18701. (Ratchford, Patricia)

Order Text Entries (Form ortext) (2/19)