United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-00113-MJC

Rebecca Jean Zimmerman  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2
Date Rcvd: Mar 17, 2023      Form ID: ordsmiss      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca Jean Zimmerman, 525 West Mahoning Street, Danville, PA 17821-1879 |
| 5456641 | + | Fidelity Investments, 245 Summer Street, Boston, MA 02210-1129 |
| 5456642 | + | First Columbia Bank & Trust, 710 Walnut Street, Danville, PA 17821-9154 |
| 5456645 | + | Jeremy Zimmerman, 268 Avenue E, Danville, PA 17821-3024 |
| 5456646 | + | Northumberland County Domestic Rela, 320 N Second Street, Sunbury, PA 17801-1804 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Mar 17 2023 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5456639 | + | Email/Text: backoffice@affirm.com | Mar 17 2023 18:37:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 5456643 | + | Email/Text: cashiering-administrationservices@flagstar.com | Mar 17 2023 18:37:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5456644 | + | Email/Text: bankruptcy@fult.com | Mar 17 2023 18:37:00 | Fulton Bank N.a, Po Box 4887, Lancaster, PA 17604-4887 |
| 5456640 | | EDI: JPMORGANCHASE | Mar 17 2023 22:38:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5474145 | + | Email/Text: RASEBN@raslg.com | Mar 17 2023 18:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5476270 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Mar 17 2023 18:37:00 | LAKEVIEW LOAN SERVICING, LLC, c/o Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5456647 | + | Email/Text: collections@service1.org | Mar 17 2023 18:37:00 | Service 1st Federl Cr, 1985 Montour Blvd., Po Box 159, Danville, PA 17821-0159 |
| 5457087 | + | EDI: RMSC.COM | Mar 17 2023 22:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5456648 | + | EDI: RMSC.COM | Mar 17 2023 22:38:00 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5468603 | + | EDI: TCISOLUTIONS.COM | Mar 17 2023 22:38:00 | THE BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 5456649 | + | EDI: TCISOLUTIONS.COM | Mar 17 2023 22:38:00 | Total Visa/tbom/vt, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 5475927 | | EDI: AIS.COM | Mar 17 2023 22:38:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5468817 | + | EDI: WFFC2 | | |

| | | | |
|---|---|---|---|
| | | Mar 17 2023 22:38:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh, NC 27605-1000 |
| 5456650 | + EDI: WFFC2 | | |
| | | Mar 17 2023 22:38:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Rebecca Jean Zimmerman,<br>**Debtor 1** | Chapter 13<br><br>Case No. 4:22−bk−00113−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*(signature)*

Mark J. Conway, United States Bankruptcy Judge

Dated: March 17, 2023

ordsmiss (05/18)